# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Ivon Garcia, et al <br> Plaintiff | § § § § § |
| v. | §  Civil Action No. 3:10-cv-01817-O |
| The Cupcake Factory Inc, et al <br> Defendant | § § § § § |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

The Cupcake Factory Inc

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

_Tracy [signature]_

By: Deputy Clerk on 1/25/2011